| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**  
PJSC Bank Finance and Credit

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other 098078576                    . Describe identifier  Ukraine State Register  .
   10741450000025974
**For individual debtors:**
   Unified State Register of Legal Entities, Individual Entrepreneurs and Public Associations of Ukraine

☐ Social Security number:  xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**  
Svitlana Vasylivna Groshova

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  
Public joint stock company Bank Finance and Credit pending before the Deposit Guarantee Fund

**5. Nature of the foreign proceeding**

*Check one:*
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

| | | | |
|---|---|---|---|
| Debtor | PJSC Bank Finance and Credit | Case number (*if known*) | |
| | Name | | |

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Ukraine

   **Debtor's registered office:**

   60 Sichovykh Streltsiv Street
   Number        Street

   _____
   P.O. Box

   Artema, Kyiv                              04050
   City        State/Province/Region    ZIP/Postal Code

   Ukraine
   Country

   **Individual debtor's habitual residence:**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   48 Degtyarevskaya Street
   Number        Street

   _____
   P.O. Box

   Kyiv, EDRPOU                          09807856
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

      ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ☐ Partnership

      ☐ Other.  Specify: _____

    ☐ Individual

Debtor _____   Case number (if known) _____
　　　　　Name

### 12. Why is venue proper in *this district*?

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

### 13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ signature_____     GROSHOVA Svitlana
　　Signature of foreign representative　　　Printed name

Executed on  _____
　　　　　　　MM / DD / YYYY

✗ _____     _____
　　Signature of foreign representative　　　Printed name

Executed on  _____
　　　　　　　MM / DD / YYYY

### 14. Signature of attorney

✗ _____     Date  _____
　　Signature of Attorney for foreign representative　　MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

City _____   State ____  ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State _____

| | | |
|---|---|---|
| Debtor | PJSC Bank Finance and Credit | Case number *(if known)*_____ |
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

❑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

❑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ _____     Svitlana Vasylivna Groshova
Signature of foreign representative                            Printed name

Executed on _____
              MM / DD / YYYY

✘ _____     _____
Signature of foreign representative                            Printed name

Executed on _____
              MM / DD / YYYY

**14. Signature of attorney**

✘ /s/ Leyza F. Blanco                               Date   11/06/2020
Signature of Attorney for foreign representative              MM / DD / YYYY

Leyza F. Blanco, Esq.
Printed name

Sequor Law
Firm name

1111 Brickell Avenue, Suite 1250
Number       Street

Miami                                               FL           33131
City                                                State        ZIP Code

(305) 372-8282                                      lblanco@sequorlaw.com
Contact phone                                       Email address

104639                                              FL
Bar number                                          State

Official Form 401   Chapter 15 Petition for Recognition of a Foreign Proceeding   page 3